UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BAGDASAROV,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS NATIONAL BANK,<br><br>Defendant. | Case No.:  2:24-cv-04432-SVW-SK<br><br>ORDER<br><br>HON.  STEPHEN V. WILSON |

Good causing appearing, the stipulated request of Plaintiff Daniel Bagdasarov ("Plaintiff") and Defendant American Express National Bank ("American Express"), for dismissal of the case with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), is hereby GRANTED. Further, Plaintiff and Defendant shall bear their own fees and costs.

IT IS SO ORDERED.

Dated: May 14, 2025

_____
HON. STEPHEN V. WILSON
U.S. DISTRICT JUDGE